UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JOHN HAMPTON,** | : |
| Plaintiff, | : |
| v. | :Civil Action No. 1:18-cv-01591 |
| **OTB ACQUISITION, LLC** | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff John Hampton and Defendant OTB Acquisition, LLC (collectively the "Parties"), by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii), stipulate to the dismissal, with prejudice, of this action, with each party to bear its own fees and costs. The Parties stipulate that this Court shall retain jurisdiction for the sole purpose of enforcing the terms of the Parties' Confidential Settlement Agreement.

Respectfully submitted,
By Counsel:

/s/ Zach Miller
Zach Miller
MCCLANAHAN POWERS, PLLC
8133 Leesburg Pike, Suite 130
Vienna, VA 22182
Telephone: (703) 520-1326
Facsimile: (703) 828-0205
Email: zmiller@mcplegal.com
*Counsel for Plaintiff*

/s/ Michael R. Willats
Michael R. Willats, Esq.
Kendra Presswood, Esq.
Shankman Leone, P.A.
707 N. Franklin Street, 5th Floor

So ordered
6/27/19
/s/
Anthony J. Trenga
United States District Judge

1

Tampa, FL  33602
Phone: (813) 223-1099
Fax: (813) 223-1055
mwillats@shankmanleone.com
*Attorneys for OTB Acquisition, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2019, I filed the foregoing Stipulation of Dismissal using the Clerk's CM/ECF system, which will provide notice to all counsel of record in this case.

/s/ Zach Miller_____
Zach Miller